NEWMAN, R.

v.

WCAB (GEISINGER COMM
HLTH SVC)

1850 CD 2016

Commonwealth Court of Pennsylvania.

08/22/2017

Workers' Compensation Appeal Board,
A15–0899

Affirmed

WEBB, T.

v.

UCBR

2137 CD 2016

Commonwealth Court of Pennsylvania.

08/22/2017

Unemployment Compensation Board of
Review, B–594155

Affirmed

CAMPEAU, Jr., D.

v.

BATES, D., et al.

1903 CD 2016

Commonwealth Court of Pennsylvania.

08/22/2017

Wayne County Civil Division, 330–Civil–
2016

Affirmed

The ARMS TRUCKING

v.

WCAB (EICHENBERGER)

269 CD 2017

Commonwealth Court of Pennsylvania.

08/22/2017

Workers' Compensation Appeal Board,
A16–0061

Affirmed